**NICHIA CORPORATION, Plaintiff–Cross Appellant,**

v.

**SEOUL SEMICONDUCTOR CO., LTD., and Seoul Semiconductor, Inc., Defendants–Appellants.**

Nos. 2008–1309, 2008–1336, 2008–1380.

United States Court of Appeals, Federal Circuit.

Jan. 30, 2009.

George C. Best, Michael J. Song, Foley & Lardner LLP, Palo Alto, CA, Richard S. Florsheim, Linda E.B. Hansen, Foley & Lardner LLP, Milwaukee, WI, Michael D. Kaminski, Foley & Lardner LLP, Washington, DC, for Plaintiff–Cross Appellant.

Donald R. Dunner, Andrew Joseph Vance, Finnegan, Henderson, Farabow, Washington, DC, Andrew C. Sonu, Finnegan, Henderson, Farabow, Reston, VA, for Defendants–Appellants.

### ORDER

The order of dismissal and the mandate dated 01/29/2009, having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.